12369.  WOODS *v.* THE STATE.

BROYLES, C. J. In this case the conviction of the defendant was not authorized by the evidence, and it was error for the court to overrule the motion for a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*
DECIDED JUNE 14, 1921.

Accusation of larceny; from city court of Tifton — Judge Price. March 11, 1921.

The accused was charged with stealing a saw and two axes. There was testimony by Rowland, that he hired accused as a tie-chopper; that he furnished the three tools just mentioned, and lent them to accused, and did not charge them to him; that after working two or three weeks the accused left and went to work for another person, owing Rowland $30 when he quit, which amount Rowland had not been able to collect; and that Rowland had not since seen the tools. For the accused there was testimony to the effect that when he went to work for Rowland he already had a broad ax and a club ax, and borrowed of Williams (a witness) a crosscut saw, which he left in the house of another witness, where it remained; and that he bought a club ax and had it charged to himself. In his statement he denied that Rowland lent him any tools; etc.

*Murrow & Bennet,* for plaintiff in error.

*R. E. Dinsmore, solicitor,* contra.

---

12373.  BELL *v.* THE STATE.

LUKE, J. This case is here upon the sole assignment of error that the evidence does not authorize the verdict. There is evidence to support the verdict, which has the approval of the trial judge. There being no

complaint of any error of law upon the trial of the case, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JUNE 14, 1921.

Indictment for distilling intoxicating liquor; from Jasper superior court — Judge Park.   March 10, 1921.

*W. H. Key,* for plaintiff in error.

*Doyle Campbell, solicitor-general, A. Y. Clement,* contra.